NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email:  nsantoro@santoronevada.com
            opancheri@santoronevada.com

*Attorneys for Defendants Janet Chubb,*
*Tiffany Schwartz, and Armstrong Teasdale, LLP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC HARRIS, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEAN MEILING, an individual; MADYLON MEILING, an individual; MEILING FAMILY PARTNERS, LTD; JAMES PROCTOR, an individual; JANET CHUBB, an individual; TIFFANY SCHWARTZ, an individual; CHEMEON SURFACE TECHNOLOGY LLC, a Nevada Limited Liability Company; DSM PARTNERS, LP, a Nevada Limited Partnership; DSM P GP LLC, a Nevada Limited Liability Company; ARMSTRONG TEASDALE LLP, a Missouri Limited Liability Partnership; KAEMPFER CROWELL, LTD., a Nevada Professional Corporation; MERIDIAN ADVANTAGE, and, unknown entity; SUITE B LLC., a Nevada Limited Liability Company, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00339-MMD-CBC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |
| AND ALL RELATED CLAIMS | |

WHEREAS, on March 18, 2019, Plaintiff Marc Harris ("*Plaintiff*") filed a Complaint against Defendants DEAN MEILING ("*Dean*"), MADYLON MEILING ("*Madylon*"), MEILING FAMILY PARTNERS, LTD, JAMES PROCTOR, JANET CHUBB ("*Chubb*"), TIFFANY SCHWARTZ ("*Schwartz*"), CHEMEON SURFACE TECHNOLOGY LLC ("*Chemeon*"), DSM PARTNERS, LP ("*DSM Partners*"), DSM P GP LLC ("*DSMP*"), ARMSTRONG TEASDALE LLP ("*Armstrong Teasdale*"), KAEMPFER CROWELL, LTD., MERIDIAN ADVANTAGE, and SUITE B LLC ("*Suite B*") in the Superior Court Orange County Case No. 30-2019-01058061.[1]

WHEREAS, on March 28, 2019, the Meiling Defendants filed a Notice of Removal with the Unites States District court Central District of California Southern Division. (ECF No. 1).

WHEREAS, on April 25, 2019, Plaintiff filed an Amended Complaint. (ECF No. 10).

WHEREAS, on June 19, 2019, an Order Transferring Case to United States District Court for the District of Nevada was filed. (ECF No. 33.)

Pursuant to Local Rule 6-1, Plaintiff and Defendants Chubb, Schwartz and Armstrong Teasdale, by and through their respective undersigned counsel, hereby stipulate and agree that Defendants Chubb, Schwartz and Armstrong Teasdale shall have up to and including July 18, 2019, to respond to Plaintiff's Amended Complaint. (ECF No. 10).

An extension is necessary to allow Defendants Chubb, Schwartz and Armstrong Teasdale time to formalize their joint representation with Nevada counsel and to provide their counsel adequate time to investigate and evaluate the allegations contained in the Amended Complaint.

/ /
/ /
/ /
/ /

---

[1] Defendants Dean, Madylon, Chemeon, DSM Partners, DSMP, and Suite B shall be collectively referred to as "*Meiling Defendants*."

- 1 -

This is the first request by Defendants Chubb, Schwartz and Armstrong Teasdale for an extension of time to respond to the Amended Complaint. This request is made in good faith and is not for the purpose of causing undue delay.

DATED this 2nd day of July, 2019.

| **K&L LAW GROUP** | **SANTORO WHITMIRE** |
|---|---|
| /s/ Marc Y. Lazo | /s/ Oliver J. Pancheri |
| MARC Y. LAZO, ESQ.<br>California Bar No. 215998<br>2105 Foothill Blvd., Suite B121<br>La Verne, California 91750<br>Tel.: (949) 216-4000 / Fax: (800) 596-0370<br>Email: mlazo@kllawgroup.com<br><br>*Attorneys for Plaintiff/Counterdefendant Marc Harris* | NICHOLAS J. SANTORO, ESQ.<br>Nevada Bar No. 532<br>OLIVER J. PANCHERI, ESQ.<br>Nevada Bar No. 7476<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br>Tel.: (702) 948-8771 / Fax: (702) 948-8773<br>Email:   nsantoro@santoronevada.com<br>          opancheri@santoronevada.com<br><br>*Attorneys for Defendants Janet Chubb, Tiffany Schwartz, and Armstrong Teasdale LLP* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 7/5/2019

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2019, I caused a true and correct copy of the **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** to be filed with the Clerk of the Court using the Court's CM/ECF system, and service was thereby effected electronically to the following counsel:

Marc Y. Lazo, Esq.
K&L LAW GROUP
2105 Foothill Blvd., Suite B121
La Verne, California 91750
Tel.: (949) 216-4000 / Fax: (800) 596-0370
Email: mlazo@kllawgroup.com

*Attorneys for Plaintiff/Counterdefendant Marc Harris*

Timothy A. Lukas, Esq.
Robert C. Ryan, Esq.
HOLLAND & HART
5441 Kietzke Ln., 2nd Floor
Reno, Nevada 89511
Tel.: (775) 327-3000 / Fax: (775) 786-6179
Email: tlukas@hollandhart.com
       rcryan@hollandhart.com

*Attorneys for Defendants/Counterclaimants Dean Meiling, Madylon Meiling, Chemeon Surface Technology LLC, DSM Partners, LP, DSM P GP LLC, Suite B LLC*

　　　　　　　　　　　　　　　　　　/s/ Rachel Jenkins
　　　　　　　　　　　　　　　　　　An employee of Santoro Whitmire