1

2

3                    UNITED STATES DISTRICT COURT

4                          DISTRICT OF NEVADA

5                                 * * *

6   MARC HARRIS, an individual, on
    behalf of himself and all others          Case No. 3:19-cv-00339-MMD-CBC
7   similarly situated,
                                                           ORDER
8                              Plaintiff,

9        v.

10  DEAN MEILING, et al.,

11                             Defendants.

12  AND ALL RELATED CASES

13          Plaintiff Marc Harris sought to represent a class of investors who lost money after

14  investing in Metalast International, LLC ("Metalast") against the Chemeon Defendants,[1]

15  and Defendants Janet Chubb, Tiffany Schwartz, Armstrong Teasdale, LLP, and Kaempfer

16  Crowell, Ltd., where Plaintiff basically alleged that Defendants conspired to improperly

17  take Metalast through a state receivership proceeding resulting in the Meiling family taking

18  control of Metalast at a discount. (ECF No. 10.) In the Court's prior order dismissing all of

19  Plaintiff's claims as untimely under any applicable statute of limitations, the Court ordered

20  Defendant Chemeon to file a status report stating whether it intends to pursue its

21  counterclaim (ECF No. 20 at 14-15). (ECF No. 124 at 13.) In response, Chemeon stated

22  it does not intend to pursue its counterclaim (ECF No. 127), and voluntarily dismissed it

23  (ECF No. 128). As that resolves the remaining issue in this case, the Court will dismiss

24  Chemeon's counterclaim and direct entry of judgment accordingly.

25

26          [1]For purposes of brevity, the Court refers to the following parties as the Chemeon
    Defendants: Chemeon Surface Technology LLC ("Chemeon"), DSM P GP LLC, DSM
27  Partners, LP, Dean Meiling, Madylon Meiling, Meiling Family Partners, Ltd., Meridian
    Advantage, James Proctor, and Suite B LLC.
28

It is therefore ordered that Chemeon Surface Technology, LLC's counterclaim (ECF No. 20 at 14-15) is dismissed without prejudice.

The Clerk of Court is directed to enter judgment in accordance with both this order, and its prior order (ECF No. 124), and close this case.

DATED THIS 19th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE