UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARC HARRIS,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>DEAN MEILING, *et al.*,<br>　　　　　　　　Defendants. | Case No. 3:19-cv-00339-MMD-CLB<br><br>ORDER |

The Court denied Defendants'[1] motion for attorneys' fees on August 18, 2020. (ECF No. 164.) Defendants subsequently filed a motion for reconsideration, which the Court denied. (ECF No. 167.) Defendants appealed (Ninth Cir. Case No. 20-16931), and on June 2, 2022, the Ninth Circuit affirmed in part and reversed and remanded in part. (ECF No. 171.) On November 9, 2022, the Ninth Circuit issued its mandate. (ECF No. 174.) In accordance with the Ninth Circuit's ruling, the Court will vacate in part the orders (ECF Nos. 164, 167) denying Defendants' attorneys' fees motion, and will direct Defendants to file an affidavit with the Court substantiating the basis for their attorneys' fees.

The Clerk of Court is therefore directed to reopen this case.

It is further ordered that the Court's August 18, 2020, and September 4, 2020, orders (ECF Nos. 164, 167) are vacated in part as to the denial of Defendants' attorneys' fees.

It is further ordered that Defendants file an affidavit in accordance with Local Rule 54-14 summarizing the basis for their fees by December 9, 2022.

///

///

---

[1] Chemeon Surface Technology, LLC, DSM P GP, LLC, DSM Partners, LP, Dean Meiling, Madylon Meiling, and Suite B LLC.

1 | It is further ordered that Plaintiffs must file any response or objection within 14 days of the filing of Defendants' affidavit.

DATED THIS 9th Day of November 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE