AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

MARC HARRIS, *et al.*,

        Plaintiffs,

v.

DEAN MEILING, *et al.*,

        Defendants.

JUDGMENT

Case Number: 3:19-cv-00339-MMD-CLB

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants are entitled to attorneys' fees from Plaintiffs in the amount of $383,850.80.
    **IT IS FURTHER ORDERED** that the final judgment is hereby entered in favor of Defendants on their requested fees, and this case is closed.



Date: August 8, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk