1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

MARC HARRIS,

     Plaintiff,

v.

DEAN MEILING, et al.,

     Defendants.

No. 3:19-cv-00339-MMD-CBC

**AMENDED JUDGMENT**

     Pursuant to this Court's Order dated August 7, 2023, Judgment in this matter is and shall be entered in accordance with that Order as follows:

     1.     WHEREAS, on August 7, 2023 (ECF No. 184), the United States District Court for the District of Nevada awarded attorney's fees in the amount of $383,850.80 in favor of Defendants/Judgment Creditors, DEAN MEILING; MADYLON MEILING; CHEMEON SURFACE TECHNOLOGY, LLC; DSM PARTNERS, LTD; and SUITE B LLC, and against Plaintiff/Judgment Debtor MARC HARRIS; and

     2.     WHEREAS, on May 4, 2023 (DktEntry 69), the Ninth Circuit Court of Appeals awarded attorney's fees in the amount of $124,598.70 in Case No. 20-16931 in favor of Defendants/Judgment Creditors, DEAN MEILING; MADYLON MEILING; CHEMEON

SURFACE TECHNOLOGY, LLC; DSM PARTNERS, LTD; and SUITE B LLC, and against Plaintiff/Judgment Debtor MARC HARRIS; and

3.    WHEREAS, on August 18, 2020 (ECF No. 164), the United States District Court for the District of Nevada awarded costs in the amount of $9,752.98 in favor of Defendants/Judgment Creditors, DEAN MEILING; MADYLON MEILING; CHEMEON SURFACE TECHNOLOGY, LLC; DSM PARTNERS, LTD; and SUITE B LLC, and against Plaintiff/Judgment Debtor MARC HARRIS; and

4.    WHEREAS, on November 9, 2022 (DktEntry 65), the Ninth Circuit Court of Appeals awarded costs in the amount of $397.70 in Case No. 20-16931 in favor of Defendants/Judgment Creditors, DEAN MEILING; MADYLON MEILING; CHEMEON SURFACE TECHNOLOGY, LLC; DSM PARTNERS, LTD; and SUITE B LLC, and against Plaintiff/Judgment Debtor MARC HARRIS; and

5.    WHEREAS, the total of the above Orders is $518,600.18.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendants/Judgment Creditors, DEAN MEILING; MADYLON MEILING; CHEMEON SURFACE TECHNOLOGY, LLC; DSM PARTNERS, LTD; and SUITE B LLC, and against Plaintiff/Judgment Debtor MARC HARRIS, for $518,600.18, plus interest from the date of the above Orders.

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED    February 6, 2024                    .

31013214_v1

JUDGMENT